UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE LINDLEY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-1054-G |
| DOUGLAS DRETKE, Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ET AL., ) | |
| ) | |
| Respondents. ) | |

## ORDER

After reviewing the petitioner's objections to the findings and recommendation ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are hereby accepted as the Findings of the court.

It is therefore **ORDERED** that the findings are **ADOPTED** as the findings and conclusions of the court.

July 19, 2005.

_____
A. JOE FISH
CHIEF JUDGE